S. Kate Webber, Kansas City, MO, for appellant.

Richard A. Starnes, Jefferson City, MO, for respondent.

Before Division Two: Karen King Mitchell, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

David D. Ewing ("Ewing") appeals the Circuit Court of Jackson County's denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

Before Division One: Anthony Rex Gabbert, Presiding Judge, Thomas H. Newton and Alok Ahuja, Judges

## ORDER

Per Curiam:

Mr. Troy A. Jones appeals from a judgment denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Troy A. JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78864**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 30, 2016

Amy Bartholow, Columbia, MO, Counsel for Appellant

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent

■

**STATE of Missouri, Respondent,**

v.

**Jeffery H. SUMNERS, Appellant.**

**WD 78916**

Missouri Court of Appeals,
Western District.

ORDER FILED: August 30, 2016

Chris Koster, Attorney General, Rachel Flaster, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent

Rosalynn Koch, Assistant Public Defender, Columbia, MO, Attorney for Appellant

Before Division Two: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges